MARY PLATTO et al., Appellants, *v.* BERTHA STIER, Respondent.

Argued November 15, 1954; decided December 31, 1954.

*Herbert L. Fine, Murray Eisenberg* and *Harry Zeitlan* for appellants.

*Samuel E. Swiggett* for respondent.

Judgment of the Appellate Division reversed and case remitted to that court for determination of questions of fact, without costs to either party. (Civ. Prac. Act, § 602; see, e.g., *McLean* v. *McKinley,* 307 N. Y. 661.) No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. VAN VOORHIS, J., dissents and votes to affirm on the ground that the Appellate Division correctly dismissed the complaint upon the law.